**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@leachjohnson.com
rhastings@leachjohnson.com
*Attorneys for Defendant Villagio Community Association*

IN THE UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>1881 ALEXANDER 2120 TRUST; and VILLAGIO COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-01799-JAD-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE/OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT [ECF NO. 14]** |

Defendant Villagio Community Association (the "Association") and Plaintiff Federal National Mortgage Association, by and through their respective counsel stipulate and agree as follows:

1. On August 29, 2017, the Plaintiff filed an Amended Complaint as ECF No. 9.

2. On November 8, 2017, the Association filed a Motion to Dismiss Amended Complaint as ECF No. 12.

3. On November 27, 2017, the Plaintiff filed a Response/Opposition to the Association's Motion to Dismiss as ECF No. 14.

4. The Association's Reply to the Response/Opposition was due on December 4, 2017.

///

-1-

5. Attorney Hastings requires additional time to review Plaintiff's Response/Opposition and file a reply thereto.

**IT IS HEREBY STIPULATED AND AGREED** that the Association will have until December 11, 2017 to file its reply to Plaintiff's Response/Opposition to Motion to Dismiss.

This is the parties' first request of this deadline and is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED AND AGREED**.

Dated this 5th day of December, 2017.

| **LEACH JOHNSON SONG & GRUCHOW** | **WRIGHT FINLAY & ZAK, LLP** |
|---|---|
| /s/ Ryan D. Hastings | /s/ Christina V. Miller |
| Sean L. Anderson, Esq.<br>Nevada Bar No. 7259<br>Ryan D. Hastings, Esq.<br>Nevada Bar No. 12394<br>8945 W. Russell Road, #300<br>Las Vegas, NV 89148<br>*Attorneys for Defendant Villagio Community Association* | Dana J. Nitz, Esq.<br>Nevada Bar No. 0050<br>Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>7785 W. Sahara Avenue, #200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Federal Nat'l Mortgage Association* |

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT COURT JUDGE**

Dated: December 11, 2017.

-2-